IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02024–EWN–BNB

MICHAEL BURKE,

    Plaintiff,

v.

JANE FITZGERALD - IRS EMPLOYEE
#84-10095,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed June 14, 2006.  No party has objected to the recommendation.  I have conducted the requisite *de novo* review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The United States' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (#4) is GRANTED.

    3. The case is dismissed in its entirety for lack of subject matter jurisdiction.

DATED this 28th day of July, 2006.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge